AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Altenburg, Jr, Andrew B. | 2. Court or Organization<br><br>Bankruptcy Court, District of New Jersey | 3. Date of Report<br><br>12/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
401 Market Street
Camden, New Jersey 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Andrew B. Altenburg, Jr., Esquire PC (final withdrawal in 2016 and company officially dissolved 3/28/17) |
| 2. | Member | BIGNAN, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 12/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2016 | Andrew B. Altenburg, Jr. Esquire PC | $32,221.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Cherry Hill Board of Education/salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Bar Association | 01/21/16 - 01/22/16 | Atlantic City, NJ | 27th Annual EDPA Bankruptcy Conference | Lodging, Meals |
| 2. | NYIPLA | 04/1/16 | New York, NY | 94th Annual Dinner in Honor of the Federal Judiciary | Lodging, meal, travel, parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 12/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amazon | credit card | J |
| 2. | Barclays | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 12/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Andrew B. Altenburg, Jr. Esquire PC (law practice) | E | Distribution | J | T | Distributed | 04/18/16 | K | E | |
| 2. South Jersey Federal Credit Union Accounts | A | Dividend | J | T | | | | | |
| 3. American Funds Accounts | | | | | | | | | |
| 4. - The Growth Fund of America - A / Invst Co of America - A | A | Dividend | J | T | | | | | |
| 5. Ameriprise ONE Financial Account | | | | | | | | | |
| 6. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | | | | | |
| 7. - Columbia Flexible Cap Income CL C | A | Dividend | K | T | | | | | |
| 8. - Lord Abbett Short Duration Income CL C | A | Dividend | K | T | | | | | |
| 9. - Alcatel Lucent stock | A | Dividend | J | T | | | | | |
| 10. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 11. - IRA (1) | | | | | | | | | |
| 12. - Ameriprise Insured Money Market Account | A | Dividend | J | T | | | | | |
| 13. - Blackrock Global Alloc Investor CL C | A | Dividend | J | T | | | | | |
| 14. - Columbia Strategic Income CL C | A | Dividend | J | T | | | | | |
| 15. - Oppenheimer Rising Dividends CL C | A | Dividend | J | T | | | | | |
| 16. - Oppenheimer Real Estate CL C | A | Dividend | J | T | | | | | |
| 17. - Oppenheimer Limited Term Gov't CL C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 12/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oppenheimer Global Strat Income CL C | A | Dividend | J | T | Sold (part) | 04/14/16 | J | A | |
| 19. - Oppenheimer Intl Growth CL C | A | Dividend | J | T | | | | | |
| 20. - Prudential Short Term Corp Bond CL C | A | Dividend | J | T | | | | | |
| 21. - IRA (2) | | | | | | | | | |
| 22. - Wells Fargho Advantage Wealthbuilder Moderate Balanced | B | Dividend | | | | | | | |
| 23. Franklin Templeton NJ 529 Growth 13-16 year portfolio | | None | K | T | | | | | |
| 24. Franklin Templeton NJ 529 Growth 17 plus year portfolio | | None | K | T | | | | | |
| 25. Lincoln Investment 403B | | | | | | | | | |
| 26. - Blackrock Global Allocation Fund - A | B | Dividend | J | T | | | | | |
| 27. - Ivy Asset Strategy Fund - A | B | Dividend | J | T | | | | | |
| 28. Disney Common Stock | A | Dividend | K | T | | | | | |
| 29. GE Common Stock | A | Dividend | J | T | | | | | |
| 30. Fulton Bank (checking account)(X) | A | Int./Div. | J | T | Open | 1/15/16 | K | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 12/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt VII, Line 1 - Law practice (excluding collectible outstanding account receivable) was sold to Robert J. Malloy, Esquire PC in April 2014. Beginning June 2014, corporation was to receive $1,500 a month for thirty six (36) months. Payor accelerated payments in 2015 to pay off debt in 2016. Final payment received 04/2016. Also, final outstanding account receivable received. Funds used to satisfy corporate debts. Remaining funds distributed to reporting person.. Tax clerance certificate issued and corporation officially dissolved by State 3/28/2017.

The Columbia Absolute Return Multi Strategy Mutual Fund was completely sold in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew B. Altenburg, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544